UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW HIGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-cv-00573-RAW |
| ) | |
| TYSON POULTRY, INC., ) | |
| And TYSON FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants, Tyson Poultry, Inc. and Tyson Foods, Inc., by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56 and LCvR 56.1, respectfully moves the Court to ender summary judgment for Defendants on each of Plaintiff's claims. As set forth in the Defendants' Memorandum in Support of Their Motion for Summary Judgment submitted contemporaneously herewith, the undisputed facts demonstrate that Defendants are entitled to judgment as a matter of law on Plaintiff's claims of (1) discrimination and retaliation under Title VII of the Civil Rights Act of 1964 and the Oklahoma Anti-Discrimination Act, (2) public policy wrongful discharge under Oklahoma law, and (3) interference and retaliation in violation of the Family and Medical Leave Act.

WHEREFORE, for the foregoing reasons and as set forth more fully in Defendants' Memorandum in Support of Their Motion for Summary Judgment, Defendants Tyson Poultry, Inc. and Tyson Foods, Inc. respectfully request that the Court grant judgment in their favor as to each of Plaintiff's claims asserted in this cause of action, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ *J. Randall Coffey*
J. Randall Coffey
Melody L. Rayl
Fisher & Phillips LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL:  (816) 842-8770
FAX:  (816) 842-8770
Email:  rcoffey@fisherphillips.com
Email:  mrayl@fisherphillips.com

ATTORNEYS FOR DEFENDANTS
TYSON POULTRY, INC. AND
TYSON FOODS, INC.

CERTIFICATE OF SERVICE

I certify that on this 19th day of June, 2017, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF system, which will automatically send notice of the filing to the following:

>Mark Hammons
>Amber L. Hurst
>Hammons Gowens & Hurst
>325 Dean A. McGee Avenue
>Oklahoma City, OK  73102
>TEL:  (405) 235-6100
>FAX:  (405) 235-6611
>Email:  mark@hammonslaw.com
>Email:  amber@hammonslaw.com
>ATTORNEYS FOR PLAINTIFF
>MATTHEW HIGGINS

/s/ *J. Randall Coffey*
Attorney for Defendant