UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW HIGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-cv-00573-RAW |
| ) | |
| TYSON POULTRY, INC., ) | |
| And TYSON FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, on the merits, including all claims against Defendants Tyson Poultry, Inc. and Tyson Foods, Inc., in this action. Each party will bear his or its own attorneys' fees, costs and expenses.

Respectfully submitted,

s/ Amber L. Hurst
Amber L. Hurst     OBA #21231
HAMMONS, GOWENS & HURST
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
TEL: (405) 235-6100
FAX: (405) 235-6111

ATTORNEYS FOR PLAINTIFF
MATTHEW HIGGINS

s/ J. Randall Coffey
*(Signed by filing attorney with permission)*
J. Randall Coffey
Fisher & Phillips LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8770
Email: rcoffey@fisherphillips.com

ATTORNEYS FOR DEFENDANTS
TYSON POULTRY, INC. AND
TYSON FOODS, INC.